**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 563 MAL 2018

           Respondent    :

           :    Petition for Allowance of Appeal from
           :    the Order of the Superior Court

           v.    :

STEVEN WINFIELD COCHRAN, II,    :

           Petitioner    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 28th day of December, 2018, the Petition for Allowance of Appeal

is **GRANTED**. The issue, as stated by petitioner, is:

Whether the Superior Court, in a line of cases going back to 2004, has
gradually eroded the General Assembly's plain mandate established in 18
Pa.C.S. §1106(c) that restitution must be set at the time of sentencing?